UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-1554-MWF(RAOx)**                              Dated: **April 24, 2017**

Title:    Onofre Soratorio -v- Tesoro Refining and Marketing Company, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Maria Bustillos |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Grant J. Savoy                        Matthew C. Kane
Shoham J. Solouki                     Sabrina A. Beldner

**PROCEEDINGS:**   **DEFENDANT TESORO REFINING & MARKETING COMPANY, LLC'S AND BP PIPELINES INC.'S MOTION TO DISMISS AND/OR STRIKE UNDER FED. R. CIV. P. 12(b)(6) AND/OR 12(f) [11]; PLAINTIFF'S MOTION TO REMAND CASE [14]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs

-1-                                                          :04 min