**SOLOUKI | SAVOY, LLP**
Grant Joseph Savoy, Esq. (SBN 284077)
  Email: grant@soloukisavoy.com
Shoham J. Solouki, Esq. (SBN 278538)
  Email: shoham@soloukisavoy.com
316 W. 2nd. Street, Suite 1200
Los Angeles, CA 90012
Telephone:  213.814.4940
Facsimile:   213.814.2550

Attorneys for Plaintiff
ONOFRE SORATORIO

**McGuireWoods LLP**
Matthew C. Kane (SBN #171829)
  Email:  mkane@mcguirewoods.com
Sabrina A. Beldner (SBN #221918)
  Email:  sbeldner@mcguirewoods.com
Sylvia J. Kim (SBN #258363)
  Email:  skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210

Attorneys for Defendant TESORO REFINING & MARKETING COMPANY LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONOFRE SORATORIO, an individual, On Behalf of Himself and All Other Similarly Situated Non-Exempt Former and Current Employees,<br><br>Plaintiffs,<br><br>vs.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, a Delaware Corporation; BP PIPELINES (NORTH AMERICA), INC., a Maine Corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:17-cv-01554-MWF-RAO<br><br>**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**[PROPOSED] ORDER**<br>[*Filed Under Separate Cover*] |

104437103.1

**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

# STIPULATION

Plaintiff ONOFRE SORATORIO ("Plaintiff") and Defendant TESORO REFINING & MARKETING COMPANY LLC ("Defendant"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety and with prejudice as to Plaintiff's individual claims against Defendant.

DATED: August 20, 2018       **SOLOUKI | SAVOY, LLP**

By: /s/ Grant Savoy (with permission)
Grant Joseph Savoy, Esq.
Shoham J. Solouki, Esq.
Attorneys for Plaintiff
ONOFRE SORATORIO

DATED: August 20, 2018       **MCGUIREWOODS LLP**

By: /s/ Sabrina A. Beldner
Matthew C. Kane, Esq.
Sabrina A. Beldner, Esq.
Sylvia J. Kim, Esq.
Attorneys for Defendant
TESORO REFINING & MARKETING COMPANY LLC

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

/s/ Sabrina A. Beldner
SABRINA A. BELDNER