JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONOFRE SORATORIO, an individual, On Behalf of Himself and All Other Similarly Situated Non-Exempt Former and Current Employees,<br><br>Plaintiffs,<br><br>vs.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, a Delaware Corporation; BP PIPELINES (NORTH AMERICA), INC., a Maine Corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:17-cv-01554-MWF-RAO<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

# ORDER

The Court has reviewed the Joint Stipulation Requesting Voluntary Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Onofre Soratorio and Defendant Tesoro Refining & Marketing Company LLC (collectively, the "Parties")

The Parties' Stipulation requesting dismissal of this entire action with prejudice is hereby GRANTED. The case is hereby dismissed in its entirety and with prejudice as to Plaintiff's individual claims against Defendant.

**IT IS SO ORDERED.**

Dated: August 21, 2018

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

104437526.1

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**